# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**  
**GREENBELT, MARYLAND 20770**  
**301-344-0052**

# M E M O R A N D U M

TO:          USA Robert K. Hur  
                  Probation Officer Nicole Blanche

FROM:     Judge Roger W. Titus

RE:          *United States v. Isaac Jerome Smith*  
                  Criminal No. RWT-09-0213

DATE:      June 21, 2018

\* \* \* \* \* \* \* \* \*

As you will see at Docket No. 782 of this case, Mr. Smith has asked this Court to terminate his period of supervised release.

Before the Court acts on the request, the Government and Probation Office are directed to file a written response within 21 days of this Memorandum.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                           /s/  
                                                    Roger W. Titus  
                                                    United States District Judge